UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JERROLD EUGENE DUBOSE,

                 Plaintiff,

         -against-

DR. BRIAN BELFI; TOMRUL TUREL; DR. M.; MS. TRINCHER, SOCIAL WORKER; A. JONES; DIR. PSYCH., BELLEVUE HOSP.; MICHELLE CLIFFORD; RISA PROCTON,

                 Defendants.

20-CV-0424 (CM)

ORDER OF DISMISSAL

---

COLLEEN McMAHON, Chief United States District Judge:

      By order dated May 14, 2020, the Court directed Plaintiff, within thirty days, to submit a completed prisoner authorization or pay the $400.00 in fees required to file a civil action in this Court. That order specified that failure to comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization or paid the fee. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

      The Clerk of Court is directed to mail a copy of this order to Plaintiff and note service on the docket. The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:  July 27, 2020
          New York, New York

                                              COLLEEN McMAHON
                                     Chief United States District Judge