UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JERROLD EUGENE DUBOSE,<br><br>      Plaintiff,<br><br>  -against-<br><br>DR. BRIAN BELFI; TOMRUL TUREL; DR. M.; MS. TRINCHER, SOCIAL WORKER; A. JONES; DIR. PSYCH., BELLEVUE HOSP.; MICHELLE CLIFFORD; RISA PROCTON,<br><br>      Defendants. | 20-CV-0424 (CM)<br><br>CIVIL JUDGMENT |

  Pursuant to the order issued July 27, 2020, dismissing the complaint,

  IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice for Plaintiff's failure to submit a completed prisoner authorization or pay the $400.00 in filing fees. *See* 28 U.S.C. §§ 1914, 1915.

  The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

  IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: July 27, 2020
    New York, New York

                        COLLEEN McMAHON
                        Chief United States District Judge